**O**

# United States District Court
# Central District of California

| | |
|---|---|
| RD LEGAL FUNDING LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>HENRY H. ROSSBACHER; THE ROSSBACHER LAW FIRM,<br><br>              Defendants. | Case No. 2:13-cv-00068-ODW(VBKx)<br><br>**ORDER GRANTING REQUEST FOR ORDER APPOINTING PRIVATE PROCESS SERVER TO SERVE WRIT OF EXECUTION [41], [43]** |

      On December 9, 2013, and March 26, 2013, Plaintiff RD Legal Funding LLC requested that the Court appoint Jonathan Ellis, a private registered process server, to serve the Writ of Execution issued by the Clerk of Court. (ECF Nos. 41, 43.) RD Legal Funding indicates that the United States Marshal for the Central District of California does not levy on writs.

      Under Local Rule 64-2, the United States Marshal's Service must generally serve a writ of execution. But the Court may appoint a private person to serve the writ instead. L.R. 64-2. If a party wants to execute a writ, though, the United States Marshal or a state or local law-enforcement officer must accompany a private person when executing the writ. L.R. 64-3.

The Court accordingly **GRANTS** RD Legal Funding's Request and appoints Jonathan Ellis, Los Angeles County registered process server No. 6316, to serve the Writ of Execution on Defendants. (ECF Nos. 41, 43.) But Ellis may not execute the Writ, such as entering upon private property to seize property. If RD Legal Funding wants to execute the Writ, it must apply to the Court for further appointment and arrange for a law-enforcement officer to accompany the process server.

**IT IS SO ORDERED.**

April 9, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**